UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

VIRGIL JAMES ROSS,

        Plaintiff,           Case No. 1:23-cv-49

v.                                  Honorable Phillip J. Green

COUNTY OF CALHOUN, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  January 31, 2023                /s/ Phillip J. Green
                                                       PHILLIP J. GREEN
                                                       United States Magistrate Judge